Argued and submitted July 21, 1995, affirmed April 17, 1996

STATE OF OREGON,
*Respondent,*

*v.*

PAUL DARREN MONROE,
*Appellant.*

(9407-1423M; CA A85893)

915 P2d 430

Eric M. Cumfer, Deputy Public Defender, argued the cause for appellant. With him on the briefs was Sally L. Avera, Public Defender.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Affirmed. *State v. Belzons,* 140 Or App 198, 915 P2d 428 (1996).